THE HONORABLE RONALD B. LEIGHTON

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE and GUY MAEL, NADINE VIGLIANO, BRITNEY MOREA, CAROL CONWAY, ANGELA BERTUCCI and TINA WIEPERT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> EVANGER'S DOG AND CAT FOOD CO., INC., NUTRIPACK, LLC, AGAINST THE GRAIN PET FOODS, and SHER SERVICES COMPANY INCORPORATED, <br><br> Defendants. | NO. 3:17-cv-05469-RBL <br><br> **STIPULATED MOTION AND ORDER TO EXTEND THE SETTLEMENT SCHEDULE** |
| EVANGER'S DOG AND CAT FOOD CO., INC., <br><br> Counterclaimant, <br><br> vs. <br><br> NICOLE MAEL, <br><br> Counterdefendant. | |

STIPULATED MOTION AND ORDER - 1
CASE NO. 3:17-CV-05469-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# I. STIPULATION

Plaintiffs Nicole and Guy Mael, Nadine Vigliano, Britney Morea, Carol Conway, Angela Bertucci and Tina Wiepert, on behalf of themselves and the Settlement Class, and Defendants Evanger's Dog and Cat Food Co., Inc., Nutripack, LLC, and Sher Services Company Incorporated, jointly move the Court for an extension of the remaining deadlines in connection with settlement approval. In support of this request, the parties state as follows:

1. On October 24, 2019, the Court entered an Order preliminarily approving a class action settlement of all claims asserted in this litigation. [Dkt. #120.] The Court filed an amended Order the next day. [Dtk. #121.] The parties refer to this amended Order as the Preliminary Approval Order.

2. In the Preliminary Approval Order, the Court approved a plan for notifying the Settlement Class of the settlement and appointed CPT Group, Inc. as the Settlement Administrator.

3. In addition, the Court set various deadlines including (1) a deadline of **February 10, 2020** for Plaintiffs' counsel to submit their motion for attorneys' fees, reimbursement of litigation costs, and for service awards; (2) a deadline of **March 9, 2020** for Settlement Class Members to submit claims, exclusion requests, and objections; and (3) a deadline of **April 20, 2020** to file responses to any objections, a motion for final approval, and declarations confirming that the notice plan was carried out as set forth in the Settlement Agreement. The Court set a final approval hearing for **May 8, 2020 at 9:30 a.m.**

4. CPT Group commenced the notice program on January 7, 2020. However, the parties recently learned that a group of 122 Settlement Class members did not receive email notice because their names and contact information were not forwarded to the Settlement Administrator. In order to provide notice to these 122 people, the parties jointly request that the remaining settlement deadlines be extended so that the 122 people may be emailed notice of the settlement and provided time to submit a claim, opt out of the settlement or object.

TO EXTEND THE SETTLEMENT SCHEDULE - 2
CASE NO. 3:17-CV-05469-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5. CPT Group has informed the parties that it can email notice to the 122 additional Settlement Class members with only one business day's notice. The parties request that the 122 additional Settlement Class members be given 60 days to submit a claim, opt out, or object. To avoid multiple deadlines and confusion, the parties request that the deadlines be extended for all Settlement Class members. The parties further request that the deadlines for filing papers in support of Class Counsel's fees and final approval motion also be extended. Resolution of these issues likely will require delay of the final approval hearing.

6. The parties will ensure that all new deadlines are posted prominently on the Settlement Website.

Based on the foregoing, the parties request the following schedule:

| DEADLINE | EVENT |
|---|---|
| February 7, 2020 | Deadline for CPT Group to email notice to 122 additional Settlement Class members |
| April 8, 2020 | Deadline for Class Counsel to file motion for attorneys' fees, reimbursement of litigation costs, and for service awards |
| March 9, 2020 | Deadline for Settlement Class Members to submit claims, exclusion requests, and objections |
| May 8, 2020 | Settlement Administrator completes review of claims. |
| May 22, 2020 | Deadline to file responses to objections, motion for final approval, Settlement Administrator declaration, and Amazon declaration |
| At the Court's discretion | Final Approval Hearing |

TO EXTEND THE SETTLEMENT SCHEDULE - 3
CASE NO. 3:17-CV-05469-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 10th day of February, 2020.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP |
| By: /s/ Jennifer Rust Murray, WSBA #36983<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Jessica J. Sleater, *Admitted Pro Hac Vice*<br>Email: jessica@andersensleater.com<br>ANDERSEN SLEATER SIANNI LLC<br>1250 Broadway, 27th Floor<br>New York, New York 10001<br>Telephone: (646) 599-9848<br><br>*Attorneys for Plaintiffs* | By: /s/ Brennen J. Johnson, WSBA #51665<br>Brennen J. Johnson, WSBA #51665<br>Email: brennenj@jgkmw.com<br>2115 North 30th Street, Suite 101<br>Tacoma, Washington 98403<br>Telephone: (253) 572-5323<br><br>John C. Graffe, WSBA #11835<br>Email: johng@jgkmw.com<br>Katherine A. Bozzo, WSBA #42899<br>Email: katyb@jgkmw.com<br>Beth Barker<br>Email: bethb@jgkmw.com<br>JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP<br>925 Fourth Avenue, Suite 2300<br>Seattle, Washington 98104<br>Telephone: (206) 223-4770<br><br>Gregory A. Bedell, *Admitted Pro Hac Vice*<br>Email: gbedell@kkbchicago.com<br>KNABE, KRONING & BEDELL<br>33 North Dearborn Street, Suite 1010<br>Chicago, Illinois 60602<br>Telephone: (312) 977-9119<br><br>*Attorneys for Defendants* |

## II. ORDER

IT IS SO ORDERED.

Dated this 10th day of February, 2020.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

TO EXTEND THE SETTLEMENT SCHEDULE - 4
CASE NO. 3:17-CV-05469-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com