THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICOLE AND GUY MAEL, NADINE VIGLIANO, BRITNEY MOREA, CAROL CONWAY, ANGELA BERTUCCI, and TINA WIEPERT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVANGER'S DOG AND CAT FOOD CO., INC., NUTRIPACK, LLC, AGAINST THE GRAIN PET FOODS, and SHER SERVICES COMPANY INCORPORATED,<br><br>Defendants. | NO. 3:17-cv-05469-RBL<br><br>VERIFICATION OF COMPLIANCE WITH SETTLEMENT PROVISIONS |

The Defendants, Evanger's Dog and Cat Food Co., Inc. ("Evanger's Co."), Nutripack, LLC ("Nutripack"), Against the Grain Pet Food ("Against the Grain"), and Sher Services Company Incorporated ("Sher Services") (collectively referred to as "Defendants" or "Evanger's") hereby verify pursuant to Section 2.1(f) of the Settlement Agreement approved by this Court that they have complied with the requirements of

VERIFICATION OF COMPLIANCE WITH SETTLEMENT PROVISIONS – 1

Johnson Graffe Keay
Moniz & Wick LLP
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 572-5323

Section 2.1, "Changes in Business Practice," and have completed the following requirements:

    a. Implemented the "Changes in Advertising" set out in Section 2.1(a);

    b. Provided the Notice to Distributors and Retailers, set forth in Section 2.12(b); and

    c. Provided the Supplier and Ingredient Safety letter, set forth in Section 2.1(d);

Evanger's has also completed delivery of three cans of pet food to those class claimants entitled thereto under the Final Approval Order and Judgment entered by this Court on June 12, 2020, Dkt. 138.

The undersigned representatives certify that the foregoing statements and representations are true and correct to the best of their knowledge and belief.

Evanger's Dog & Cat Food Co., Inc.
By: [signature]
Date: 1-6-2021
President

Nutripack, LLC
By: [signature]
Date: 1-6-2021
Manager

Sher Services, Inc.
By: [signature]
Date: 1-6-2021
President

Against the Grain
By: [signature]
Date: 1-6-2021

VERIFICATION OF COMPLIANCE WITH SETTLEMENT PROVISIONS - 2

Johnson Graffe Keay Moniz & Wick LLP
2115 N. 30th St., Ste. 101
Tacoma, WA 98403
(253) 572-5323

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

        s/ Beth Barker
        Beth Barker, Legal Assistant